**11 CIV. 6028**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SEAN S. SHALLOW
_____

(In the space above enter the full name(s) of the plaintiff(s)/petitioner(s).)

-against-

72ND STREET MEDICAL ASS
RICHARD SCOFIELD MD
ENZO LAB  ELAZAR RABBANI CEO
_____

(In the space above enter the full name(s) of the defendant(s)/respondent(s).)

___ Civ. _____ (__) (__)

**REQUEST TO PROCEED
IN FORMA PAUPERIS**

I, SEAN S. SHALLOW, (print or type your name) am the plaintiff/petitioner in the above entitled case and I hereby request to proceed *in forma pauperis* and without being required to prepay fees or costs or give security. I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor, and that I believe I am entitled to redress.

1.  If you are presently employed:
    a) give the name and address of your employer
    b) state the amount of your earnings per month

    BIO REF LAB 481 EDWARD H ROSS DR ELMWOOD PARK, NJ 07407  SEE ATTACHE PAY STUB 2 PAY STUB FOR FIRST 6 WKS WORK 2 WKS PAID THIRD WK

2.  If you are NOT PRESENTLY EMPLOYED:
    a) state the date of start and termination of your last employment
    b) state your earnings per month
    YOU MUST ANSWER THIS QUESTION EVEN IF YOU ARE INCARCERATED.

    _____

3.  Have you received, within the past twelve months, any money from any source? If so, name the source and the amount of money you received.

    PART TIME JOBS AND ATTEMPTED PAYOFF HUSH MONEY FROM PARTIES INVOLVED

    a) Are you receiving any public benefits?   ☑ No.    ☐ Yes, $_____.

    b) Do you receive any income from any other source?   ☑ No.    ☐ Yes, $_____.

RECEIVED AUG 19 2011 PRO SE OFFICE

Rev. 05/2007

*1*

4. Do you have any money, including any money in a checking or savings account? If so, how much?

   ☑ No.   ☐ Yes, $_____.

5. Do you own any apartment, house, or building, stock, bonds, notes, automobiles or other property? If the answer is yes, describe the property and state its approximate value.

   ☐ No.   ☑ Yes, $ 1997 Q45 Infiniti  $0.00.

6. Do you pay for rent or for a mortgage? If so, how much each month?

   ☐ No.   ☑ Yes, $350.00

7. List the person(s) that you pay money to support and the amount you pay each month.

   NATALIE SCALLON FOR AHMANI SHALLOW MY SON $73.00 PER WK

8. State any special financial circumstances which the Court should consider.

   CHILD SUPPORT $73.00 PER WEEK I HAVE A PART TIME JOB AND IT'S A FLOATER POSITION I SEND ABOUT $200.00 PLUS PER CK ON GAS.

I understand that the Court shall dismiss this case if I give a false answer to any questions in this declaration.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this __19__ day of __AUGUST__, __2011__.
         date              month          year

_____
Signature

**BIO-REFERENCE LABORATORIES INC**
481 EDWARD H ROSS DR.
ELMWOOD PARK, NJ 07407

| | |
|---|---|
| CHECK NO: | 248285 |
| CHECK DATE: | 08/12/11 |
| PERIOD ENDING: | 08/05/11 |
| PAY FREQUENCY: | BIWEEKLY |

SEAN S. SHALLOW
608 SOUTH PARK ST.
ELIZABETH, NJ 07208

| | |
|---|---|
| ID NUMBER: | 002208702 |
| BASE RATE: | 18.0000 |
| SSN: | XXX-XX-7272 |

| | FED | ST1 | ST2 |
|---|---|---|---|
| STATUS | SINGLE | | |
| EXEMPT | 00 | 00 | |
| TAX ADJUSTMENTS | | | |
| FED: | | | |
| DI/UC: | | | |
| LOCAL: | | | |

STATE AND LOCAL CODES
PRI: NJ  LOC1:  LOC3:
SEC:     LOC2:  LOC4:  LOC5:

## IMPORTANT MESSAGE

### HOURS AND EARNINGS

| DESCRIPTION | CURRENT HOURS/UNITS | EARNINGS | Y-T-D HOURS/UNITS | EARNINGS |
|---|---|---|---|---|
| REGUL 18.0000 | 63.50 | 1143.00 | | |
| TOTAL H/E | 63.50 | 1143.00 | | |

### TAXES AND DEDUCTIONS

| DESCRIPTION | CURRENT AMOUNT | Y-T-D AMOUNT |
|---|---|---|
| SO SEC TAX | 48.01 | 89.59 |
| MEDICARE TAX | 16.57 | 30.93 |
| FED INC TAX | 142.99 | 263.03 |
| PRI-STATE TAX | 19.01 | 34.96 |
| SDI/UC TAX | 11.26 | 21.01 |
| TOTAL TAXES | 237.84 | 439.52 |
| AFTER-TAX DEDUCTIONS | | |

### SPECIAL INFORMATION

| | CURRENT | PRE-TAX DED | TAXABLE WAGES | LESS TAXES | LESS DED | EQ NET PAY |
|---|---|---|---|---|---|---|
| TOTAL PRE-TAX | .00 | | | | | |
| TOTAL | GROSS 1143.00 | .00 | 1143.00 | 237.84 | .00 | 905.16 |
| CURRENT | 1143.00 | | | | | |
| TOTAL PER DED | | | | | | |

CURRENT NET PAY DISTRIBUTION
C: 999170485   CHECK AMOUNT   905.00
                              905.16

**BIO-REFERENCE LABORATORIES INC**
481 EDWARD H ROSS DR.
ELMWOOD PARK, NJ 07407

| | |
|---|---|
| CHECK NO: | 248285 |
| CHECK DATE: | 08/12/11 |
| PERIOD ENDING: | 08/05/11 |
| PAY FREQUENCY: | BIWEEKLY |

SEAN S. SHALLOW
608 SOUTH PARK ST.
ELIZABETH, NJ 07208

ID NUMBER: 0022208702    FED: SINGLE    STATUS EXEMPT    TAX ADJUSTMENTS
BASE RATE: 18.0000    ST1: 00    FED:    ST:
SSN-XXX-XX-7272    ST2:    DI/UC: 00    LOCAL:

STATE AND LOCAL CODES
PRI: NJ    LOC1:    LOC3:
SEC:    LOC2:    LOC4:    LOC5:

## HOURS AND EARNINGS

| DESCRIPTION | CURRENT HOURS/UNITS | EARNINGS | Y-T-D HOURS/UNITS | EARNINGS |
|---|---|---|---|---|
| REGUL 18.0000 | 63.50 | 1143.00 | | |
| TOTAL H/E | 63.50 | 1143.00 | | |

## TAXES AND DEDUCTIONS

| DESCRIPTION | CURRENT AMOUNT | Y-T-D AMOUNT |
|---|---|---|
| SO. SEC. TAX | 48.01 | 89.59 |
| MEDICARE TAX | 16.57 | 30.93 |
| FED INC TAX | 142.99 | 263.03 |
| PRI-STATE TAX | 19.01 | 34.96 |
| SDI/UC TAX | 11.26 | 21.01 |
| TOTAL TAXES | 237.84 | 439.52 |

AFTER-TAX DEDUCTIONS

## IMPORTANT MESSAGE

## SPECIAL INFORMATION

| | GROSS | PRE-TAX DED | TAXABLE WAGES | LESS TAXES | LESS DED | EQ NET PAY |
|---|---|---|---|---|---|---|
| CURRENT | 1143.00 | .00 | 1143.00 | 237.84 | .00 | 905.16 |
| TOTAL | | | | | | |
| TOTAL PRE-TAX | 63.50 | 1143.00 | | | | |
| | | PRE-TAX ITEMS | | TOTAL PER DED | | |

CURRENT NET PAY DISTRIBUTION
C:999170488S
CHECK AMOUNT    905.16

