UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**11 CIV. 6028**

*JURY TRIAL ONLY*

Sean S. Shallow

_____

_____

_____

*(In the space above enter the full name(s) of the plaintiff(s).)*

-against-

72nd Street Medical Associates Richard F. Scofield MD

_____

Camille Frederick & Sterlin Johnson

_____

Enzo Clinical labs Elazar Rabbani CEO, Chato Luna & Robin Pratt

_____

*(In the space above enter the full name(s) of the defendant(s).
If you cannot fit the names of all of the defendants in the space
provided, please write "see attached" in the space above and
attach an additional sheet of paper with the full list of names.
Typically, the company or organization named in your charge
to the Equal Employment Opportunity Commission should be
named as a defendant. Addresses should not be included here.)*

**COMPLAINT
FOR EMPLOYMENT
DISCRIMINATION**

Jury Trial:  ☒ Yes   ☐ No
*(check one)*

This action is brought for discrimination in employment pursuant to: *(check only those that apply)*

☒   **Title VII of the Civil Rights Act of 1964**, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).
*NOTE: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue Letter from the Equal Employment Opportunity Commission.*

_____   **Age Discrimination in Employment Act of 1967**, as codified, 29 U.S.C. §§ 621 - 634.
*NOTE: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.*

_____   **Americans with Disabilities Act of 1990**, as codified, 42 U.S.C. §§ 12112 - 12117.
*NOTE: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue Letter from the Equal Employment Opportunity Commission.*

☒   **New York State Human Rights Law**, N.Y. Exec. Law §§ 290 to 297 (age, race, creed, color, national origin, sexual orientation, military status, sex, disability, predisposing genetic chacteristics, marital status).

☒   **New York City Human Rights Law**, N.Y. City Admin. Code §§ 8-101 to 131 (actual or perceived age, race, creed, color, national origin, gender, disability, marital status, partnership status, sexual orientation, alienage, citizenship status).



*Rev. 05/2010*

## I.  Parties in this complaint:

A.  List your name, address and telephone number.  Do the same for any additional plaintiffs named.  Attach additional sheets of paper as necessary.

Plaintiff
Name Sean S. Shallow
Street Address 608 South Park Street
County, City Union County, Elizabeth
State & Zip Code NJ, 07208
Telephone Number (718) 974-0397

B.  List all defendants' names and the address where each defendant may be served.  Make sure that the defendant(s) listed below are identical to those contained in the above caption.  Attach additional sheets of paper as necessary.

Defendant
Name Richard Scofield Sterlin Johnson Camille Frederick Elazar Rabbani Chato Luna Robin Pratt

| Street Address | 310 E 72nd Street | 157 E 81st Street | 60 Executive Boulevard |
|---|---|---|---|
| County, City | New York | New York | Farmingdale |
| State & Zip Code | NY 10021 | NY 10028 | NY 11735 |
| Telephone Number | (212)734-7077 | (212)472-7863 | (631)755-5500 |

C.  The address at which I sought employment or was employed by the defendant(s) is:

| Employer | 72nd Street Medical Associates | Enzo Clinical labs |
|---|---|---|
| Street Address | 310 East 72nd Street | 157 E 81st Street |
| County, City | New York | New York |
| State & Zip Code | NY, 10021 | NY, 10028 |
| Telephone Number | (212)734-7077 | (212)472-7863 |

## II.  Statement of Claim:

State as briefly as possible the facts of your case, including relevant dates and events.  Describe how you were discriminated against.  If you are pursuing claims under other federal or state statutes, you should include facts to support those claims.  You may wish to include further details such as the names of other persons involved in the events giving rise to your claims.  Do not cite any cases.  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph.  Attach additional sheets of paper as necessary.

A.  The discriminatory conduct of which I complain in this action includes: *(check only those that apply)*

_____          Failure to hire me.

__X__          Termination of my employment.

_____          Failure to promote me.

_____          Failure to accommodate my disability.

_____          Unequal terms and conditions of my employment.

*Rev. 05/2010*                    2

X _____ Retaliation.

X _____ Other acts *(specify)*: Sexual Assault/Harassment Slander/Libel HIPPA Violation .

**Note:** *Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.*

B.  It is my best recollection that the alleged discriminatory acts occurred on: 01/2008-08-2011 .

*Date(s)*

C.  I believe that defendant(s) *(check one)*:

X _____ is still committing these acts against me.

_____ is not still committing these acts against me.

D.  Defendant(s) discriminated against me based on my *(check only those that apply and explain)*:

☐ race _____    ☐ color _____

☐ gender/sex _____    ☐ religion_____

☐ national origin _____

☐ age.   My date of birth is _____ *(Give your date of birth only if you are asserting a claim of age discrimination.)*

☒ disability or perceived disability,  Perceived HIV & STD _____ *(specify)*

E.  The facts of my case are as follow *(attach additional sheets as necessary)*:

_____ SEE ATTACHED ADDITIONAL SHEETS _____

_____

_____

_____

_____

_____

_____

_____

**Note:** *As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, the New York State Division of Human Rights or the New York City Commission on Human Rights.*

## III.   **Exhaustion of Federal Administrative Remedies:**

A.  It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding defendant's alleged discriminatory conduct on: _05/10/2011_____ *(Date)*.

B.     The Equal Employment Opportunity Commission *(check one)*:

_____     has not issued a Notice of Right to Sue letter.

___X___     issued a Notice of Right to Sue letter, which I received on __06/27/2011__ *(Date)*.

*Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.*

C.     Only litigants alleging age discrimination must answer this Question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding defendant's alleged discriminatory conduct *(check one)*:

_____     60 days or more have elapsed.

_____     less than 60 days have elapsed.

## IV.     Relief:

WHEREFORE, plaintiff prays that the Court grant such relief as may be appropriate, including injunctive orders, damages, and costs, as follows: _____

Stop all HIPPA violation, Stop all Slander/Libel, A written Apology, Money for lost wages $145,000

lost potential profit $150,000 Pain and Suffering $700,000

*(Describe relief sought, including amount of damages, if any, and the basis for such relief.)*

I declare under penalty of perjury that the foregoing is true and correct.

Signed this __16__ day of __August__, 20__.

Signature of Plaintiff _____

Address     608 South Park Street

Elizabeth, NJ 07208

Telephone Number     (718) 974-0397

Fax Number *(if you have one)* _____

*Rev. 05/2010*                    4

**Sean Shallow**
**608 South Park Street**
**Elizabeth, NJ 07208**
**(718) 974-0397**

Approximately March, 2007 I got hired by Dr Richard Scofield and 72nd Medical Associate to work as a phlebotomy in the Physician operated lab. When I got hired I was perceived as a homo sexual and the two X ray personnel Stated I don't know what's going on here and they both resign. Later on into my employment Dr Bowers office had the quest diagnostic driver come to my work area and in a sexual gesture touch my lower back top of my ass, I then turn to him while my co worker Sharon was watching and told him watch his fucking hands.

Approximately 6 months into my employment Dr Richard Scofield hired Mr. Sterlin Jackson, to be the supervisor of the Lab. Mr. Sterlin is a homo sexual black male, which is not a problem.

On numerous times Mr. Sterlin will come to my work station and say to me let me show you something on the computer and take his hand and cuff my hand over the mouse, I will pull my hand away he try this 4-5 times in several months, I would try to avoid passing close because of the constant excessive touching. Mr. Sterling even met me on Fulton Avenue in Brooklyn and started coming to my car, I jumping in and took off.

Approximately around January 2008 it came to light that I was having an affair with my married co-worker Camille Frederick and had broken it off. Around this time Camille Frederick became disgruntle and started calling my phone approximately 20 plus times harassing and threatening me telling me I'm a stupid nigger and she will get me back. I played the message for Michael the x ray tech, who told me I should have made her think she broke it off, she even started calling me gay because I ask her to have anal sex, when we were sleeping together. Camille and Mr. Sterling made the work environment uncomfortable to perform my duties.

Mr. Sterlin I guess felt it was his chance to go for it and while I was on the phone in the office past and grab / cuff / touch my penis, when my mouth drop and he saw my respond he kept walking in an expeditious manner.

I went up stairs to Dr Richard tScofield office and complained, he told me he didn't want to hear it and kick me out his office. After I complained Camille Frederick started to accuse me of having an STD, I then had to go to Dr Gil Weitzman for a physical examination; His examination concluded that I had no genital warts or sores on my penis.

I was then accused by Camille Frederick again this time she stated that I said that I had HIV. I then went to the department of health and got tested for HIV, RPR, GC/Chlamydia because it was free. It was all negative I submitted it to the job. I was then fired by Mr. Sterlin and Dr Richard Scofield upheld the decision for missing the garbage with a glove. I reported it to the labor department and won the hearing for UI. I also call the Office of Civil Rights but was told they couldn't help me.

I moved on with my life, in 2009 I got a job with Enzo lab, working approximately 9 blocks from 72nd medical associate, in the stat lab/ patient service center. A couple of weeks into the job one of the machine needed servicing so Chato Luna called for a repair tech to come out, the same person who repair the equipment at 72nd street medical associate came in to repair the equipment.

At this point in time the repair man told Chato Luna about 72nd Street Medical Associate and Sterlin Johnson the supervisor was contacted. He then told Chato Luna Debbie Esposito and Robin Pratt my supervisor about the Erroneous Information about my Medical history.

I then was ask by the specimen pick up driver Bowie if I was taking HIV medication, My weight was question because I started working out twice a day and eating healthy and taking fat burners to lose the weight about three months before I was hired. I had to give one of the fat burner tab and a pill that was prescribed to me by Dr Gil Weitzman for BPH flowmax, I even sat in the chair to allow Wanda Sanchez one of the client rep while Robin Pratt and Chato Luna were present to draw my blood for any thing they wanted she started to and then stop at the last minute but the discrimination continued. They then had patients who claim she was a doctor come into the PSC and told me that her sister had a rapid HIV test and it was negative but she then had another test done via blood and it was positive. I also had a male patient come into the patient service center for STD testing and told me about pimples on his penis and that's why he was getting tested for herpes, referring to my anatomy / penis. I was then discriminated against by the patients, they refused to give me there insurance card to check, the drivers and my co-worker Chato Luna who also took it one step further by saying because I cleared my throat / cough up the stuff from my throat after eating I had T B, any little mark or pimple on my skin and I was discriminated against. My HIPPA Rights were then violated instead of accepting my offer to be examined or tested. I called the OCR and complain, I also complained to my supervisor Robin Pratt I told her I was quitting, She called me the night and implored me not to quit. The next day she came to the Patient service center and fired me.

The OCR then got involved; I offered to be tested for every and any thing. The investigator Frank Musumici continued to questioned me and told me, that it was a good thing that they violated my HIPPA rights, he also ask me why I got tested. My answer was if I'm going through this now after being tested just imagine if I didn't get tested.

While I waited for the OCR to conclude the investigation I decided to move to Phoenix, AZ to obtain a job, build my small business, a clothing and music company. I moved to

the villages at metro, I listed Enzo Labs as my ex employer and unemployment in order to obtain an apartment. I also got a job at Aerotex temp agency they did a drug screen and TB test on me April 2010 which were negative.

I was then sent to Mayo hospital to start working. Two weeks into the job people started asking me about my HIPPA violation complain. A patients husband started asking me about my HIV status, he ask if one test was negative and one test was positive. A nurse was also talking about my T. B status with a patient, things like you could be negative then die and they will find it in your lungs. At this point in time I had also spoken to my mother and told her I got a razor bump in the area of my anus from man scaping ten minutes after I came off the phone with my mother, I received a call from Aerotex and was told not to go back to work and falsely accused of drinking on the job which was a huge lie.

At this time people at my apartment complex started asking me about my HIV status, I was then followed every where I go by the AZ police department and discriminated against every where I go, restaurant, laundry mat grocery stores and clubs. In July 2010 I went to the department of health and human services; I called Frank Musumici at the OCR and let him know I was going in to get tested. when I arrived and ask to be tested the lady that registered me said not that rapid test shit, so I insisted that my blood be drawn, two tubes of blood was taken, I submitted a urine sample, I was told to drop my pants by a physician assistant but didn't request a physical examination but was still examine for any sores or warts again she stated that I was clean and my penis was normal and it was my anatomy, A throat culture was even taken for GC/Chlamydia, it all was negative.

I then wrote Senator Kristen Gillibrand and Senator Chuck Schumer, the AAG Thomas E. Perez  and Michael Carter. On August 28[th,] 2010 received a letter dated June 4th, 2010 from Frank Musumici stating that he will accept my case then August 31st 2010 I received another letter stating the case was closed, mean while I was under investigation my phone and computer was taped my car was lo jacked and set to a 20 minute timer or one exit from my apartment it will start to over heat, my apartment was bugged with recording devices. My food and drink was laced with some type of substance which gave me hyper adrenal syndrome (meaning I will be in flight and fright, always hyper my skin if brushed wouldn't heal because my body was deprived or couldn't produce red blood cells, I would also be prone to be angry all the time, any little thing will set me off, they wanted me to get in a fight any violent crime will get me deported it didn't work. I was then set up to be accused of child molestation because I said to a kid playing out side where are your friends why are you playing all alone. I was then accused of being a gang member. A drug dealer a counterfeiter, I would have to go to the bank sit wait for them to give me mark money every where I go they will come and pick the money up. I was not allow to date women if I try the parties that were task to watch me would not allow it but they constantly try to get guys to sleep with me.

My mother and sister was sent out to Phoenix after they attempted to get me to leave the country to go to Dominican Republic to get a spiritual cleaning so they can say that there wasn't any one watching me it was all Santaria / Black magic I didn't leave because I was on unemployment and know I couldn't go. So they came to get me to move back to NY. My mother and sister was given a check for twenty thousand dollars to pay me off under the table.

I was then given a job with Mollen Immunization clinic as a phlebotomist and the harassment and slander continued,. I will have to use the bath room due to a PSA problem it was turned into an STD. Some time in October 2010 Nick the supervisor just came right out and said in front of over twenty people dude you are sick some thing is wrong with you is that violating your HIPPA. Another time in November 2010 a room full of people stated we will all say we all ready know that and who is saying they gave who the disease is he saying he gave it to her or she saying he gave it to her. Some time I October 2010 I was ask to be trained with Jill and she stated to me there are two stages and they will catch it in stage two. I had to walk around with my medical records and show it to people on a regular basis in order to have some peace of mind.

I decided I going to move back home but was not allow to drive my car out of AZ on November 20th 2010, I had three helicopter over my apartment to make sure I couldn't leave the state driving. I had to submit my car to be shipped with my house hold stuff and fly back to NYC and move in with my mother. I was then harass by my mother every day to take 9 thousand dollars she stated I would be able to leave and go any where I want. I didn't except the money. So the parties involve try to get my mother to argue with me on a daily basis in hopes they could place me into a mental hospital, in order to obtain a power of attorney and except the money and sign off on the deal.

I then went and get tested again in 12/14/2010 for HIV RPR GC/Chlamydia at the DOH all my test were negative. The DOH personnel who gave my results, told me in a way that it look like I was the one worried and causing the problem, I said to him I'm not the one started this. When that didn't work out and I refused to take an under the table payment, $6000.00 was paid to me through unemployment, my mother and sister try to keep the other $14,000 for a credit card bill they claim I have.

My civil liberties were being violated, I couldn't practice my religion or purchase supplies to practice my religion. I also tried going to Senator Chuck Schumer I was headed off down stairs and told by a young lady in the lobby, "that they didn't receive the mail I sent and that they couldn't and wouldn't help me". I try retain an attorney but the parties that were task to watch me made sure I couldn't. When I finally spoke to an attorney he was told to tell me to sue for the slander/libel only and not the sexual assault / / harassment because they didn't want this part of the case to come to light. He also had his phone up so the parties involved could listen to what I was saying.

Again they try to pay me off and ask me to leave the country till the stature of limitation

expired, being scared for my safety and life, I left the country and went to Dominican Republic but was harass and slander there also I even had a young lady ask me if I had HIV or Herpes. I returned with in a week, they try to have the boarder and customs personnel give me a hard time and not let me into the country.

When I came back I moved to NJ but the discrimination, slander, violation of my HIPPA and violation of my civil liberties continued. So having enough I went to the NYPD 19 precinct on 5/3/2011 and made a complain, officer Wickert took my complain, a few day later I called the precinct I was told that they lost it and to come back and make the report again if I wanted to. When I arrived at the 19 precinct on 5/12/2011 a female cop was standing out side the precinct she stated she was a guard and questioned me, then try to turn me away and said I can call she try not to allow me to enter the 19 precinct. Officer Radziul try to get me to back date the time frame the incident accused so it would be under the stature of limitation. That didn't work they took the complain again and wrote it up as forcible touching but again they claim they lost it. I then call the DA office and they set up an appointment to come in on June 8th, 2011 I met with Edward J. Tacchi. He took my statement and I was told that they believe me but can't do any thing and I should go see a Psychologist or talk to some one about what happen.

Since then my car has been set to only go up to 50 miles per hr, it is also cut off in intersection while cars are coming. Cars have been planted at places where I turn to come home so they can take off and create and accident, cars have run stop sign and try to hit me. Again I'm in fear of my life my safety. The parties involve continue to put stuff in my food and drinks, violate my HIPPA, Slander my name and have people stringers who I never met discriminate against me. In hopes that I will accept a deal under the table for money and a car. Parties that are involved also try to simulate other version of my complain by touching or hitting a female on the leg close to her privates and saying sorry. They also accused me of using a scanner to change my results.

On August 15th,2011 I try to obtain my medical records from a Dr Eric Rottenberg, the parties involve insist I go to a Urologist, they had a regular Internist refuse to see me. The front office person stated her name was Donna refused to give me my medical records, she then try to have me sign a medical release form to give any one and every access to my medical records, when that didn't work she try to get me to say it was ok to mail it, so the parties involved can obtain it that way. Donna refused to gave me my medical record period. I also try to obtain my files from Unemployment and OCR but after several tries I was never sent my files. I was unable to continue to build my clothing company I couldn't even give away my sample / promotional stuff. MY WEB SITE WAS HACKED AND SHUT DOWN.

I HAVE NEVER HAD A POSITIVE HIV TEST in MY LIFE. MY RESULTS Still CONTINUED TO BE QUESTIONED WITH MERIT.

I WAS EVEN ACCUSED OF TAKE MEDICAL TO CONCEL THE VIRUS IN MY BODY. I EVEN RECEIVED A FREE TEXT FROM ATT ON MY PHONE JULY 2011 STATING I HAD AN STD

EEOC Form 161 (11/09)

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## DISMISSAL AND NOTICE OF RIGHTS

To: **Sean Shallow**
**603 South Park Street**
**Elizabeth, NJ 07208**

From: **New York District Office**
**33 Whitehall Street**
**5th Floor**
**New York, NY 10004**

|  | On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a)) |
|---|---|

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| **520-2011-02272** | **Amon L. Kinsey, Jr.,**<br>**Investigator** | **(212) 336-3680** |

### THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:

|  |  |
|---|---|
| [ ] | The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC. |
| [ ] | Your allegations did not involve a disability as defined by the Americans With Disabilities Act. |
| [ ] | The Respondent employs less than the required number of employees or is not otherwise covered by the statutes. |
| [ ] | Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge |
| [X] | The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge. |
| [ ] | The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge. |
| [ ] | Other (briefly state) |

### - NOTICE OF SUIT RIGHTS -

(See the additional information attached to this form.)

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

_Kevin Berry_                    6/15/2011

**Kevin J. Berry,**              (Date Mailed)
**District Director**

Enclosures(s)

cc: **Director of Human Resources**
**72ND STREET MEDICAL ASSOCIATE**
**310 E. 72nd Street**
**New York, NY 10021**

# INFORMATION RELATED TO FILING SUIT
## UNDER THE LAWS ENFORCED BY THE EEOC

*(This information relates to filing suit in Federal or State court under Federal law.*
*If you also plan to sue claiming violations of State law, please be aware that time limits and other*
*provisions of State law may be shorter or more limited than those described below.)*

**PRIVATE SUIT RIGHTS  --  Title VII of the Civil Rights Act, the Americans with Disabilities Act (ADA), the Genetic Information Nondiscrimination Act (GINA), or the Age Discrimination in Employment Act (ADEA):**

In order to pursue this matter further, you must file a lawsuit against the respondent(s) named in the charge **within 90 days** of the date you *receive* this Notice.  Therefore, you should **keep a record of this date**.  Once this 90-day period is over, your right to sue based on the charge referred to in this Notice will be lost.  If you intend to consult an attorney, you should do so promptly.  Give your attorney a copy of this Notice, and its envelope, and tell him or her the date you received it.  Furthermore, in order to avoid any question that you did not act in a timely manner, it is prudent that your suit be filed **within 90 days of the date this Notice was *mailed* to you** (as indicated where the Notice is signed) or the date of the postmark, if later.

Your lawsuit may be filed in U.S. District Court or a State court of competent jurisdiction.  (Usually, the appropriate State court is the general civil trial court.)  Whether you file in Federal or State court is a matter for you to decide after talking to your attorney.  Filing this Notice is not enough.  You must file a "complaint" that contains a short statement of the facts of your case which shows that you are entitled to relief.  Your suit may include any matter alleged in the charge or, to the extent permitted by court decisions, matters like or related to the matters alleged in the charge.  Generally, suits are brought in the State where the alleged unlawful practice occurred, but in some cases can be brought where relevant employment records are kept, where the employment would have been, or where the respondent has its main office.  If you have simple questions, you usually can get answers from the office of the clerk of the court where you are bringing suit, but do not expect that office to write your complaint or make legal strategy decisions for you.

**PRIVATE SUIT RIGHTS  --  Equal Pay Act (EPA):**

EPA suits must be filed in court within 2 years (3 years for willful violations) of the alleged EPA underpayment: back pay due for violations that occurred **more than 2 years (3 years) before you file suit** may not be collectible.  For example, if you were underpaid under the EPA for work performed from 7/1/08 to 12/1/08, you should file suit before 7/1/10 – *not* 12/1/10 -- in order to recover unpaid wages due for July 2008.  This time limit for filing an EPA suit is separate from the 90-day filing period under Title VII, the ADA, GINA or the ADEA referred to above.  Therefore, if you also plan to sue under Title VII, the ADA, GINA or the ADEA, in addition to suing on the EPA claim, suit must be filed within 90 days of this Notice **and** within the 2- or 3-year EPA back pay recovery period.

**ATTORNEY REPRESENTATION  --  Title VII, the ADA or GINA:**

If you cannot afford or have been unable to obtain a lawyer to represent you, the U.S. District Court having jurisdiction in your case may, in limited circumstances, assist you in obtaining a lawyer.  Requests for such assistance must be made to the U.S. District Court in the form and manner it requires (you should be prepared to explain in detail your efforts to retain an attorney).  Requests should be made well before the end of the 90-day period mentioned above, because such requests do *not* relieve you of the requirement to bring suit within 90 days.

**ATTORNEY REFERRAL AND EEOC ASSISTANCE  --  All Statutes:**

You may contact the EEOC representative shown on your Notice if you need help in finding a lawyer or if you have any questions about your legal rights, including advice on which U.S. District Court can hear your case.  If you need to inspect or obtain a copy of information in EEOC's file on the charge, please request it promptly in writing and provide your charge number (as shown on your Notice).  While EEOC destroys charge files after a certain time, all charge files are kept for at least 6 months after our last action on the case.  Therefore, if you file suit and want to review the charge file, **please make your review request within 6 months** of this Notice.  (Before filing suit, any request should be made within the next 90 days.)

*IF YOU FILE SUIT, PLEASE SEND A COPY OF YOUR COURT COMPLAINT TO THIS OFFICE.*

EEOC Form 161 (11/09)

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## DISMISSAL AND NOTICE OF RIGHTS

| To: Sean Shallow<br>603 South Park Street<br>Elizabeth, NJ 07208 | From: New York District Office<br>33 Whitehall Street<br>5th Floor<br>New York, NY 10004 |
|---|---|

☐ On behalf of person(s) aggrieved whose identity is
*CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 520-2011-02269 | Amon L. Kinsey, Jr.,<br>Investigator | (212) 336-3680 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

☐ The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

☐ Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

☐ The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

☐ Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

☒ The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

☐ The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

☐ Other *(briefly state)*

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years)** before you file suit may not be collectible.

On behalf of the Commission

_Kevin Berry_                              6/15/2011

Enclosures(s)                    **Kevin J. Berry,**                    *(Date Mailed)*
                                 **District Director**

cc:   **Director of Human Resources**
      **ENZO CLINICAL LABS, INC.**
      **60 Executive Boulevard**
      **Farmingdale, NY 11735**

## INFORMATION RELATED TO FILING SUIT
## UNDER THE LAWS ENFORCED BY THE EEOC

*(This information relates to filing suit in Federal or State court under Federal law.*
*If you also plan to sue claiming violations of State law, please be aware that time limits and other*
*provisions of State law may be shorter or more limited than those described below.)*

**PRIVATE SUIT RIGHTS    --    Title VII of the Civil Rights Act, the Americans with Disabilities Act (ADA),**
**the Genetic Information Nondiscrimination Act (GINA), or the Age**
**Discrimination in Employment Act (ADEA):**

In order to pursue this matter further, you must file a lawsuit against the respondent(s) named in the charge **within 90 days** of the date you *receive* this Notice. Therefore, you should **keep a record of this date**. Once this 90-day period is over, your right to sue based on the charge referred to in this Notice will be lost. If you intend to consult an attorney, you should do so promptly. Give your attorney a copy of this Notice, and its envelope, and tell him or her the date you received it. Furthermore, in order to avoid any question that you did not act in a timely manner, it is prudent that your suit be filed **within 90 days of the date this Notice was *mailed* to you** (as indicated where the Notice is signed) or the date of the postmark, if later.

Your lawsuit may be filed in U.S. District Court or a State court of competent jurisdiction. (Usually, the appropriate State court is the general civil trial court.) Whether you file in Federal or State court is a matter for you to decide after talking to your attorney. Filing this Notice is not enough. You must file a "complaint" that contains a short statement of the facts of your case which shows that you are entitled to relief. Your suit may include any matter alleged in the charge or, to the extent permitted by court decisions, matters like or related to the matters alleged in the charge. Generally, suits are brought in the State where the alleged unlawful practice occurred, but in some cases can be brought where relevant employment records are kept, where the employment would have been, or where the respondent has its main office. If you have simple questions, you usually can get answers from the office of the clerk of the court where you are bringing suit, but do not expect that office to write your complaint or make legal strategy decisions for you.

**PRIVATE SUIT RIGHTS    --    Equal Pay Act (EPA):**

EPA suits must be filed in court within 2 years (3 years for willful violations) of the alleged EPA underpayment: back pay due for violations that occurred **more than 2 years (3 years) before you file suit** may not be collectible. For example, if you were underpaid under the EPA for work performed from 7/1/08 to 12/1/08, you should file suit before 7/1/10 – *not* 12/1/10 -- in order to recover unpaid wages due for July 2008. This time limit for filing an EPA suit is separate from the 90-day filing period under Title VII, the ADA, GINA or the ADEA referred to above. Therefore, if you also plan to sue under Title VII, the ADA, GINA or the ADEA, in addition to suing on the EPA claim, suit must be filed within 90 days of this Notice **and** within the 2- or 3-year EPA back pay recovery period.

**ATTORNEY REPRESENTATION    --    Title VII, the ADA or GINA:**

If you cannot afford or have been unable to obtain a lawyer to represent you, the U.S. District Court having jurisdiction in your case may, in limited circumstances, assist you in obtaining a lawyer. Requests for such assistance must be made to the U.S. District Court in the form and manner it requires (you should be prepared to explain in detail your efforts to retain an attorney). Requests should be made well before the end of the 90-day period mentioned above, because such requests do not relieve you of the requirement to bring suit within 90 days.

**ATTORNEY REFERRAL AND EEOC ASSISTANCE    --    All Statutes:**

You may contact the EEOC representative shown on your Notice if you need help in finding a lawyer or if you have any questions about your legal rights, including advice on which U.S. District Court can hear your case. If you need to inspect or obtain a copy of information in EEOC's file on the charge, please request it promptly in writing and provide your charge number (as shown on your Notice). While EEOC destroys charge files after a certain time, all charge files are kept for at least 6 months after our last action on the case. Therefore, if you file suit and want to review the charge file, **please make your review request within 6 months of this Notice.** (Before filing suit, any request should be made within the next 90 days.)

*IF YOU FILE SUIT, PLEASE SEND A COPY OF YOUR COURT COMPLAINT TO THIS OFFICE.*



EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
New York District Office
33 Whitehall Street, 5th Fl
New York, NY 10004

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE, $300

Sean Shallow
608 South Park Street
Elizabeth, NJ 07208



# New York City Police Department

*Incident Information Slip*

**019 Precinct.** *153 E. 67th Street New York, NY 10021*

Date: 5-12-11

Phone: (212) 452-0600 / 01 / 02

We hope that your business with us was handled satisfactorily. Your particular matter has been assigned the following number(s):

(✓) **Complaint No:** 0142 678   ( ) **Accident No:** _____   ( ) **Aided No:** _____

Reported to: PO Radziul   20/29   Date of occurrence: _____   Time: _____
    (Rank)    (Name)        (Shield No.)

Location of Occurrence: 308 E 72 Std

Type of Incident/Crime: Forcible grabbing

iaa

Please keep this report should you have to refer to this matter in the future. If you need any further assistance feel free to contact us at the telephone numbers listed above. Please let us know if you have any suggestions on how we can better serve you. As you may already know, we will provide you with a crime prevention survey of your residence or business. Please ask for more information on this and other crime prevention initiatives. Our goal is to make you and your property safe.

*COURTESY – PROFESSIONALISM – RESPECT*

**REMEMBER:   CALL "911" FOR EMERGENCIES ONLY!**

See reverse side for additional details.



(212) 335-8905
Fax (212) 335-3609
tacchie@dany.nyc.gov

**EDWARD J. TACCHI**
Senior Investigator
Sex Crimes Unit

NEW YORK COUNTY
DISTRICT ATTORNEY'S OFFICE

One Hogan Place
New York, NY 10013



# WINSTON STAFFING SERVICES

## Mantoux Tuberculin Skin Test

Name: Sean Shallow

Administered By:

NICOLAS ROSSETTI, F.N.P.
LICENSE # F332114

Signature: _____

Date Administered: 04/07/08

Site: Left Forearm   Dose: 5TU 0.1 cc   Manufacturer: Aventis Pasteur   Lot #: C2364AA

Date Read: 4/9/08   Read By: _____

NICOLAS ROSSETTI, F.N.P.
LICENSE # F332114

Induration Measurement: _____ Ø mm

License #: _____

Erythema Measurement: _____ Ø mm

Findings:       Significant   ( )       Non-Significant   ( )

Recommendations/Follow up: _____

---

## THIS SECTION TO BE USED FOR TWO (2) STEP MANTOUX TUBERCULIN SKIN TEST.

NICOLAS ROSSETTI, F.N.P.
LICENSE # F332114

Date Administered: 4/15/08

Administered By: _____

Signature: _____

Site: Right Forearm   Dose: 5TU 0.1 cc   Manufacturer: Aventis Pasteur   Lot #: C2364AA

Date Read: 4/17/08   Read By: _____

NICOLAS ROSSETTI, F.N.P.
LICENSE # F332114

Induration Measurement: _____ mm

License #: _____

Erythema Measurement: _____ mm

Findings:       Significant   ( )       Non-Significant   ( )

Recommendations/Follow up: _____

3532 West Thomas Rd    Phoenix, AZ 85019
Phone: (602) 272-7662    Fax: (602) 269-2417

# TB Skin Test Consent and Results

**Patient:** Shallow, Sean
**SSN:** XXX-XX-7272
**Address:** 9652 N 31st Ave #62
PHOENIX, AZ 85051
**Employer:** AERO/M4/Aerotek

**Gender:** M
**Date of Birth:** 02/08/1974
**Work Phone:**
**Home Phone:** (718) 974-0397

I, Sean . Shallow, have had the opportunity to read, or have had explained to me, the importance of the tuberculosis skin test procedure. I have had the opportunity to ask questions about this test and to have these questions answered to my satisfaction. I understand that this test involves injecting a small amount of a diagnostic antigen just under the skin on the inside of my forearm and that a small bruise may appear.

## Check all that apply:

[✓] I do not NOW have any of the following symptoms:

1) a cough that has lasted three or more weeks
2) bloody sputum
3) night sweats

4) weight loss
5) loss of appetite
6) fever

[✓] I have not had a prior "positive" TB skin test.

[✓] I have never been treated for tuberculosis.

[ ] I have received the BCG Vaccine

[✓] I have had a TB skin test before, and to the best of my recall, I did not experience any ulceration or open weeping sores at the injection site.

[ ] I am pregnant. I have communicated with my treating physician and we both agree to this test being given to me today.

[✓] I agree to return to have this test read within the required time of 48 to 72 hours. I understand that "self-reading" of the test is not acceptable according to CDC's guidelines. I will return to have my test read by: 04/18/2010.

I hereby request and authorize the above medical center to provide a TB skin test today, and I agree to return for the test reading by the date indicated. Failure to do so may be a barrier to my job placement. All answers to these questions are true and correct.

**Signature** _____ **Date** 4/16/10
employee/applicant

---

*This Section for Center Use Only*

Purified protein derivative (PPD) [✓] Tubersol or ___ Aplisol    Lot # 0326700    Exp. Date 1/19/12

Administered by Mantoux technique into: ___ left forearm    ___ right forearm

Administered by: Rodolfo Pleager    Date: 4/16/10    Time 1.23 am/**pm**

RESULTS: ___ 0 ___ millimeters of induration
(Using a ruler, measure induration, not redness. Follow CDC's Summary of Interpretation... in TAble S–2, page 62 of Vol. 43/No.RR-13, October 28, 1994)

Comments: negative _____

Read by: J Botello    Date: 4/19/10    Time 8.32 am/pm

Read on 4/18/10 after 1:23 pm or
4/19/10 before 1:23 p.m.

© 1996 - 2010 Concentra Health Services, Inc. All Rights Reserved.
Revision Date: 01/08/200


**Health**

**Fort Greene, STD Clinic**
**295 Flatbush Ave. Ext., 2nd Floor**
**Brooklyn, New York, 11201**

Date: 12/14/10

202435-3
Shallow, Sean
DOB: 02/08/1974

Date of Visit: 12/14/2010
Clinic: 008
49 Crown Street, 18H
Brooklyn, NY, 11225
Male     Non-Hispanic
Black/Af. Am.

Date of Visit: _____

| Date of Test | Test | Result | | Treatment |
|---|---|---|---|---|
| | **Gonorrhea** | ☐ Positive  ☐ Inconclusive  ☐ Pending | ☐ Negative  ☐ Not tested | ☐ Patient has been adequately treated in accordance with CDC guidelines.  ☐ Patient does not require treatment |
| | **Chlamydia** | ☐ Positive  ☐ Inconclusive  ☐ Pending | ☐ Negative  ☐ Not tested | ☐ Patient has been adequately treated in accordance with CDC guidelines.  ☐ Patient does not require treatment |
| | **Syphilis** | ☐ Sero-positive  ☐ Sero-fast  ☐ Inconclusive  ☐ Pending  *A sero-fast test result means that the test you had detected a previous infection. This does not require treatment. You are not infectious at this time.* | ☐ Sero-negative  ☐ Biological false-positive  ☐ Not tested | ☐ Patient has completed treatment in accordance with CDC guidelines.  ☐ Previously treated infection; no longer infectious. Does not require additional treatment.  ☐ Patient does not require treatment |

| Test | Result |
|---|---|
| | **HIV ID Number:** |

| | Test | Result | | | | |
|---|---|---|---|---|---|---|
| | **Acute HIV-1** | ☐ Detected | ☐ Not detected | ☐ Inconclusive | ☐ Not tested | ☐ Pending |
| 12/14/10 | **Rapid HIV-1/2 Antibody** | ☐ Reactive (preliminary positive) | ☒ Negative | ☐ Invalid | ☐ Not tested | ☐ Pending |
| | **EIA/Western Blot HIV Antibody** | ☐ Reactive (positive) | ☐ Negative | ☐ Inconclusive | ☐ Not tested | ☐ Pending |
| | **Other; please specify:** | | | | | |
| | **Other; please specify:** | | | | | |

**Meaning of HIV Test Result:**
A detected result on the Acute HIV-1 test means that HIV virus was found in your blood.
A not-detected result on the Acute HIV-1 test means that HIV virus was not found in your blood. This test will not detect HIV infection if you were exposed to HIV in the 10 days before your Acute HIV-1 test.
An inconclusive result on the Acute HIV-1 test means that your test result could not be determined.
A negative result on the HIV antibody test most likely means that you are not infected with HIV, but it may not show a recent infection. If you think you may have been exposed to HIV, you should take the test again 3 months after the last possible exposure. Individuals who are HIV-1 and/or HIV-2 infected and are currently receiving anti-viral medications to treat HIV infection - in particular highly active antiretroviral therapy (HAART) - may produce a negative result due to these medications while in fact they are HIV positive.
A reactive (preliminary positive) test result suggests that antibodies to HIV may be present in the blood. A specimen will have to be sent to a reference laboratory for further testing before confirming HIV infection.
A reactive (positive) test result from a Confirmatory HIV Antibody Test suggests that there is HIV antibody present in the blood.
An invalid test result can be due to a problem running the test or an interfering substance in the specimen. A blood specimen using other testing technology will be submitted to a reference laboratory for analysis. You will have to return to the clinic to receive your test results.
An inconclusive test result means that the HIV Antibody tests could not be interpreted, and HIV status cannot be determined from the sample provided. It is important to get a follow up test in 6 weeks.

Staff Signature: _____     Staff Title: _____

**Any alterations to this document renders it invalid**



**Fort Greene, STD Clinic**
**295 Flatbush Ave. Ext., 2nd Floor**
**Brooklyn, New York 11201**

Date: _12/28/10_

Name: _Sean Shallow_

Date of Birth: _02/08/74_

Date of Visit: _12/14/10_

| Date of Test | Test | Result | | Treatment |
|---|---|---|---|---|
| 12/14/10 | Gonorrhea | ☐ Positive  ☑ Negative<br>☐ Inconclusive  ☐ Not tested<br>☐ Pending | | ☐ Patient has been adequately treated in accordance with CDC guidelines.<br>☐ Patient does not require treatment. |
| 12/14/10 | Chlamydia | ☐ Positive  ☑ Negative<br>☐ Inconclusive  ☐ Not tested<br>☐ Pending | | ☐ Patient has been adequately treated in accordance with CDC guidelines.<br>☐ Patient does not require treatment. |
| 12/14/10 | Syphilis | ☐ Sero-positive  ☑ Sero-negative<br>☐ Sero-fast  ☐ Biological false-positive<br>☐ Inconclusive  ☐ Not tested<br>☐ Pending<br>*A sero-fast test result means that the test you had detected a previous infection. This does not require treatment. You are not infectious at this time. | | ☐ Patient has completed treated in accordance with CDC guidelines.<br>☐ Previously treated infection; no longer infectious. Does not require additional treatment.<br>☐ Patient does not require treatment. |

| | Test | Result | | | | |
|---|---|---|---|---|---|---|
| | | HIV ID Number: | | | | |
| | Acute HIV-1 | ☐ Detected | ☐ Not detected | ☐ Inconclusive | ☐ Not tested | ☐ Pending |
| 12/14/10 | Rapid HIV-1/2 Antibody | ☐ Reactive (preliminary positive) | ☑ Negative | ☐ Invalid | ☐ Not tested | ☐ Pending |
| | EIA/Western Blot HIV Antibody | ☐ Reactive (positive) | ☐ Negative | ☐ Inconclusive | ☐ Not tested | ☐ Pending |
| | Other; please specify: | | | | | |
| | Other; please specify: | | | | | |

**Meaning of HIV Test Result:**

- A detected result on the Acute HIV-1 test means that HIV virus was found in your blood.
- A not-detected result on the Acute HIV-1 test means that HIV virus was not found in your blood. This test will not detect HIV infection if you were exposed to HIV in the 10 days before your Acute HIV-1 test.
- An inconclusive result on the Acute HIV-1 test means that your test result could not be determined.
- A negative result on the HIV antibody test most likely means that you are not infected with HIV, but it may not show a recent infection. If you think you may have been exposed to HIV, you should take the test again 3 months after the last possible exposure. Individuals who are HIV-1 and/or HIV-2 infected and are currently receiving anti-viral medications to treat HIV infection – in particular highly active antiretroviral therapy (HAART) – may produce a negative result due to these medications while in fact they are HIV positive.
- A reactive (preliminary positive) test result suggests that antibodies to HIV may be present in the blood. A specimen will have to be sent to a reference laboratory for further testing before confirming HIV infection.
- A reactive (positive) test result from a Confirmatory HIV Antibody Test suggests that there is HIV antibody present in the blood.
- An invalid test result can be due to a problem running the test or an interfering substance in the specimen. A blood specimen using other testing technology will be submitted to a reference laboratory for analysis. You will have to return to the clinic to receive your test results.
- An inconclusive test result means that the HIV Antibody tests could not be interpreted, and HIV status cannot be determined from the sample provided. It is important to get a follow up test in 6 weeks.

Staff Signature: _Candace Drake_   Staff Title: _PHA II_

**Any alterations to this document renders it invalid**


**Health**

**Fort Greene, STD Clinic**
**295 Flatbush Ave. Ext., 2nd Floor**
Brooklyn

Date: 4/8/11

Name:

202435-4
Shallow, Sean
DOB: 02/08/1974

Date of Visit: 04/08/2011
Clinic: 008
49 Crown Street, 18H
Brooklyn, NY, 11225
Male   Non-Hispanic
Black/Af. Am.

Date of

Date of V

| Date of Test | Test | Result | | Treatment |
|---|---|---|---|---|
| | **Gonorrhea** | ☐ Positive ☐ Inconclusive ☐ Pending | ☐ Negative ☐ Not tested | ☐ Patient has been adequately treated in accordance with CDC guidelines. ☐ Patient does not require treatment |
| | **Chlamydia** | ☐ Positive ☐ Inconclusive ☐ Pending | ☐ Negative ☑ Not tested | ☐ Patient has been adequately treated in accordance with CDC guidelines. ☐ Patient does not require treatment. |
| | **Syphilis** | ☐ Sero-positive ☐ Sero-fast ☐ Inconclusive ☐ Pending *A sero-fast test result means that the test you had detected a previous infection. This does not require treatment. You are not infectious at this time.* | ☐ Sero-negative ☐ Biological false-positive ☐ Not tested | ☐ Patient has completed treated in accordance with CDC guidelines. ☐ Previously treated infection; no longer infectious. Does not require additional treatment. ☐ Patient does not require treatment. |

| Test | Result | | | | |
|---|---|---|---|---|---|
| | **HIV ID Number:** | | | | |
| **Acute HIV-1** | ☐ Detected | ☐ Not detected | ☐ Inconclusive | ☐ Not tested | ☐ Pending |
| **Rapid HIV-1/2 Antibody** | ☐ Reactive (preliminary positive) | ☒ Negative | ☐ Invalid | ☐ Not tested | ☐ Pending |
| **EIA/Western Blot HIV Antibody** | ☐ Reactive (positive) | ☐ Negative | ☐ Inconclusive | ☐ Not tested | ☐ Pending |
| **Other; please specify:** | | | | | |
| **Other; please specify:** | | | | | |

(4/8/11 handwritten to left of Rapid HIV row)

**Meaning of HIV Test Result:**
- A detected result on the Acute HIV-1 test means that HIV virus was found in your blood.
- A not-detected result on the Acute HIV-1 test means that HIV virus was not found in your blood. This test will not detect HIV infection if you were exposed to HIV in the 10 days before your Acute HIV-1 test.
- An inconclusive result on the Acute HIV-1 test means that your test result could not be determined.
- A negative result on the HIV antibody test most likely means that you are not infected with HIV, but it may not show a recent infection. If you think you may have been exposed to HIV, you should take the test again 3 months after the last possible exposure. Individuals who are HIV-1 and/or HIV-2 infected and are currently receiving anti-viral medications to treat HIV infection – in particular highly active antiretroviral therapy (HAART) – may produce a negative result due to these medications while in fact they are HIV positive.
- A reactive (preliminary positive) test result suggests that antibodies to HIV may be present in the blood. A specimen will have to be sent to a reference laboratory for further testing before confirming HIV infection.
- A reactive (positive) test result from a Confirmatory HIV Antibody Test suggests that there is HIV antibody present in the blood.
- An invalid test result can be due to a problem running the test or an interfering substance in the specimen. A blood specimen using other testing technology will be submitted to a reference laboratory for analysis. You will have to return to the clinic to receive your test results.
- An inconclusive test result means that the HIV Antibody tests could not be interpreted, and HIV status cannot be determined from the sample provided. It is important to get a follow up test in 6 weeks.

Staff Signature: _____   Staff Title: _DIS_

**Any alterations to this document renders it invalid**



**Maricopa County Department of Public Health**
**Clinical Services Division and Laboratory**
**1645 E. Roosevelt, Phoenix, AZ 85006**

### SEAN SHALLOW -> Provider/Lead: Margaret Gunn

| | | | |
|---|---|---|---|
| **Patient #:** | 101309 | | |
| **Patient:** | SEAN SHALLOW | **Lab #:** | |
| **Date of Birth:** | 02/08/1974 | **Age:** | 36 year(s) & 5 month(s) |
| **Gender:** | Male | **Race:** | Black |
| **Home Address:** | 9652 N 31TH AVE #G2 | **Home Phone:** | (602) 374-7772 |
| | Phoenix, Arizona 85051 | | |
| **Order Date:** | 07/27/2010 | **Order Time:** | 10:30 |
| **Provider/Lead:** | Margaret Gunn | **Age:** | |
| **Assigned To:** | Margaret Gunn | **Location:** | STD Clinic |
| **Provider Phone:** | | **Provider Signature:** | |

| | | | |
|---|---|---|---|
| **Lab Type:** | Immunology | **Request Type:** | |
| **Test Type:** | Syphilis RPR Reflex (Qualitative) | **Specimen Type:** | |
| **Collection Date:** | 07/27/2010 | **Collection Time:** | 10:30 |
| **Collection Site:** | | | |
| **Reason for Test (1):** | | | |
| **Reason for Test (2):** | | | |

| | | | |
|---|---|---|---|
| **Results (simple):** | Non-Reactive | **Results (num/ratio):** | |
| **Results (complex):** | | | |

Created by Margaret Gunn on 07/27/2010 10:29:54
Last Modified by Alexandra Lopez on 07/27/2010 04:11:48

OFFICIAL COPY
MARICOPA COUNTY
DEPT OF PUBLIC HEALTH
SIGNATURE ON FILE

Margaret Gunn, APRN

July 29, 2010

**Maricopa County Department of Public Health**
**Clinical Services Division and Laboratory**
**1645 E. Roosevelt, Phoenix, AZ 85006**

---

### SEAN SHALLOW -> Provider/Lead: Margaret Gunn

| | | | |
|---|---|---|---|
| **Patient #:** | 101309 | | |
| **Patient:** | SEAN SHALLOW | **Lab #:** | |
| **Date of Birth:** | 02/08/1974 | **Age:** | 36 year(s) & 5 month(s) |
| **Gender:** | Male | **Race:** | Black |
| **Home Address:** | 9652 N 31TH AVE #G2<br>Phoenix, Arizona 85051 | **Home Phone:** | (602) 374-7772 |
| **Order Date:** | 07/27/2010 | **Order Time:** | 10:30 |
| **Provider/Lead:** | Margaret Gunn | **Age:** | |
| **Assigned To:** | Margaret Gunn | **Location:** | STD Clinic |
| **Provider Phone:** | | **Provider Signature:** | |

| | | | |
|---|---|---|---|
| **Lab Type:** | Immunology | **Request Type:** | |
| **Test Type:** | HIV (EIA) | **Specimen Type:** | |
| **Collection Date:** | 07/27/2010 | **Collection Time:** | 10:30 |
| **Collection Site:** | | | |
| **Reason for Test (1):** | | | |
| **Reason for Test (2):** | | | |

| | | | |
|---|---|---|---|
| **Results (simple):** | Non-Reactive | **Results (num/ratio):** | |
| **Results (complex):** | | | |

Created by Margaret Gunn on 07/27/2010 10:30:25
Last Modified by Willie Mae Russell on 07/28/2010 02:04:19

OFFICIAL COPY
MARICOPA COUNTY
DEPT OF PUBLIC HEALTH
SIGNATURE ON FILE

Margaret Gunn, APRN

July 29, 2010



Maricopa County Department of Public Health
Clinical Services Division and Laboratory
1645 E. Roosevelt, Phoenix, AZ 85006

### SEAN SHALLOW -> Provider/Lead: Margaret Gunn

| | | | |
|---|---|---|---|
| **Patient #:** | 101309 | **Lab #:** | |
| **Patient:** | SEAN SHALLOW | **Age:** | 36 year(s) & 5 month(s) |
| **Date of Birth:** | 02/08/1974 | **Race:** | Black |
| **Gender:** | Male | **Home Phone:** | (602) 374-7772 |
| **Home Address:** | 9652 N 31TH AVE #G2<br>Phoenix, Arizona 85051 | | |
| **Order Date:** | 07/27/2010 | **Order Time:** | 10:30 |
| **Provider/Lead:** | Margaret Gunn | **Age:** | |
| **Assigned To:** | Margaret Gunn | **Location:** | STD Clinic |
| **Provider Phone:** | | **Provider Signature:** | |

| | | | |
|---|---|---|---|
| **Lab Type:** | Other | **Request Type:** | |
| **Test Type:** | Urine Aptima Combo for GC and<br>Chlamydia | **Specimen Type:** | |
| **Collection Date:** | 07/27/2010 | **Collection Time:** | 10:30 |
| **Collection Site:** | | | |
| **Reason for Test (1):** | | | |
| **Reason for Test (2):** | | | |

| | | | |
|---|---|---|---|
| **Results (simple):** | Chlamydia: Negative / Gonorrhea:<br>Negative | **Results (num/ratio):** | |
| **Results (complex):** | | | |

Created by Margaret Gunn on 07/27/2010 10:30:52
Last Modified by Lycel Hillings on 07/29/2010 01:33:38

OFFICIAL COPY
MARICOPA COUNTY
DEPT OF PUBLIC HEALTH
SIGNATURE ON FILE

Margaret Gunn, APRN

July 30, 2010



Maricopa County Department of Public Health
Clinical Services Division and Laboratory
1645 E. Roosevelt, Phoenix, AZ 85006

## SEAN SHALLOW -> Provider/Lead: Margaret Gunn

| | | | |
|---|---|---|---|
| **Patient #:** | 101309 | | |
| **Patient:** | SEAN SHALLOW | **Lab #:** | |
| **Date of Birth:** | 02/08/1974 | **Age:** | 36 year(s) & 5 month(s) |
| **Gender:** | Male | **Race:** | Black |
| **Home Address:** | 9652 N 31TH AVE #G2<br>Phoenix, Arizona 85051 | **Home Phone:** | (602) 374-7772 |
| **Order Date:** | 07/27/2010 | **Order Time:** | 10:30 |
| **Provider/Lead:** | Margaret Gunn | **Age:** | |
| **Assigned To:** | Margaret Gunn | **Location:** | STD Clinic |
| **Provider Phone:** | | **Provider Signature:** | |

| | | | |
|---|---|---|---|
| **Lab Type:** | Other | **Request Type:** | |
| **Test Type:** | Gonorrhea Culture Oral | **Specimen Type:** | |
| **Collection Date:** | 07/27/2010 | **Collection Time:** | 10:30 |
| **Collection Site:** | | | |
| **Reason for Test (1):** | | | |
| **Reason for Test (2):** | | | |

| | | | |
|---|---|---|---|
| **Results (simple):** | Negative | **Results (num/ratio):** | |
| **Results (complex):** | | | |

Created by Margaret Gunn on 07/27/2010 10:30:41
Last Modified by Alexandra Lopez on 07/29/2010 10:23:32

OFFICIAL COPY
MARICOPA COUNTY
DEPT OF PUBLIC HEALTH
SIGNATURE ON FILE

Margaret Gunn, RPh/BCTH

JUL 2 9 2010



# Analytical Diagnostic Labs, Inc.

2115 Ave X Brooklyn NY 11235 (718) 646-6000, Fax: (718) 646-0820

| Ordered By | Patient Information | Requisition# 809290018 |
|---|---|---|
| Analytical Diagnostic Labs<br>2115 Avenue X<br><br>Brooklyn, New York 11235<br>Dr. | Name: Shallow, Sean<br>Lab Code 63184<br>Birthdate: 02/08/1974<br>Sex: Male<br>Room#: employee<br>Chart#: | Collection: 09/29/2008<br>07:00 AM<br>Received: 09/29/08<br>Reported: 10/05/08<br><br>**Complete Report** |

## **** This Report Contains Critical Values ****

## Tumor Markers

| Test | Within Range | Out of Range | Ref Range | Units | Range |
|---|---|---|---|---|---|
| Total Prostate Specific Antigen | 1.1 | | 0.8 - 4.1 | ng/mL | ..[*......].. |

:Please note change of reference range for this test.
PSA testing is not recommended as a screening
Procedure in the general population nor as a guide in disease staging; However it is widely
accepted as an adjunctive test in the management of prostate cancer patients.
Kit manufactured by Roche diagnostics(Electro Chemiluminescent Method). Results must not be compared to any other kits.

## Serology

| Test | Within Range | Out of Range | Ref Range | Units | Range |
|---|---|---|---|---|---|
| Rapid Plasma Reagin | Non-Reactive | | Non-Reactive - 1:256 Negative | | ..[*......].. |
| HETEROPHILE | Negative | | Negative | | |
| *HA IgM Specific | Negative | | Negative | | ..[...*...].. |

Test Comments:This test was performed at Methodist Hospital 506 Sixth Street Brooklyn New York 11215.

| | | | | | |
|---|---|---|---|---|---|
| *Hepatitis B Surface Antibody | | **Positive  H** | Negative | | ..[.......]*. |

Test Comments:This test was performed at Methodist Hospital 506 Sixth Street Brooklyn New York 11215.

| | | | | | |
|---|---|---|---|---|---|
| *Hepatitis B Core Antibody | Negative | | Negative | | ..[...*...].. |

Test Comments:This test was performed at Methodist Hospital 506 Sixth Street Brooklyn New York 11215.

| | | | | | |
|---|---|---|---|---|---|
| *Hepatitis B Surface Ag | Negative | | Negative | | ..[...*...].. |

Test Comments:This test was performed at Methodist Hospital 506 Sixth Street Brooklyn New York 11215.



**THE CITY OF NEW YORK**
**DEPARTMENT OF HEALTH**
**AND MENTAL HYGIENE**

**Fort Greene Health Center**
**295 Flatbush Avenue Ext**
**Brooklyn, NY 11201**
**(718) 643-8351**

Date: March 04, 2008

**To Whom It May Concern:**

SEAN SHALLOW, D.O.B. 02/08/1974, was in attendance at this center on _2-20-08_ The following are our dispositions of patient's conditions:

_____ a.  Patient has been adequately treated in accordance with the recommended schedules and is being followed by this center.

_____ b.  Patient exhibits a BFP (Biological False Positive) of _____ with the specific confirmatory MHATP/FTA test being non-reactive.  Patient is not infectious with syphilis.

_____ c.  Patient has seropositive RPR because of previously treated infection and is no longer in an infectious state.

✓ d.  Other:  _GC, Ch- Negative, RPR - N/R._

**Rapid HIV Antibody Test Result**                    **HIV ID#** _____

_____ Non-Reactive (Negative)          _____ Reactive (Preliminary Positive)          _____ Invalid

If Preliminary Positive, Date of Return for CDonfirmatory Test Result:

Is Follow-up Testing Indicated for Negative Result?     ☐ No     ☐ Yes,    Date: _____

**EIA/Western Blot HIV Antibody Test Result**     **HIV ID#** _____     Results Recorded: _____

_____ Non-Reactive (Negative)          _____ Reactive (Positive)          _____ Inconslusive

**Meaning of HIV Test Result**

A negative result on the HIV antibody test most likely means that you are not infected with HIV, but it may not show a recent infection. If you think you may have been exposed to HIV, you should take the test again 3 months after the last possible exposure. Individuals who are HIV-1 and/or HIV-2 infected and are currently receiving anti-viral medications to treat HIV infection - in particular highly active antiretroviral therapy (HAART) - may produce a negative result due to these medications while in fact they are HIV positive.

A reactive (preliminary positive) test result suggests that antibodies to HIV may be present in the blood. A specimen will have to be sent to a reference laboratory for further testing before confirming HIV infection.

A reactive (positive) test result from a Confirmatory HIV Antibody Test suggests that there is HIV antibody present in the blood.

An invalid test result can be due to a problem running the test or an interfering substance in the specimen. A blood specimen using other testing technology will be submitted to a reference laboratory for analysis. You will have to return to the clinic to receive your test results.

An inconclusive test result means that the HIV Antibody tests could not be interpreted, and HIV status cannot be determined from the sample provided. It is important to get a follow up test in 6 weeks.

Staff Signature: _____

Staff Title: _____

Any alterations to this document renders it invalid.

STD 91B (Rev. 5/05)

**Patient/Health Provider Copy**



THE CITY OF NEW YORK
DEPARTMENT OF HEALTH
AND MENTAL HYGIENE

**Fort Greene Health Center**
**295 Flatbush Avenue Ext**
**Brooklyn, NY  11201**
**(718) 643-8351**

Date: February 20, 2008

**To Whom It May Concern:**

_____ GRALLOW, D.O.B. 02/08/1974, was in attendance at this center on _2/20/2008_. The following are our dispositions of patient's conditions:

a.  Patient has been adequately treated in accordance with the recommended schedules and is being followed by this center.

b.  Patient exhibits a BFP (Biological False Positive) of _____ with the specific confirmatory MHATP/FTA test being non-reactive.  Patient is not infectious with syphilis.

c.  Patient has seropositive RPR because of previously treated infection and is no longer in an infectious state.

d.  Other: _____

**Rapid HIV Antibody Test Result**                    **HIV ID#** _____

_____ Non-Reactive (Negative)         _____ Reactive (Preliminary Positive)        _____ Invalid

If Preliminary Positive, Date of Return for CDonfirmatory Test Result: _____

Is Follow-up Testing Indicated for Negative Result?        ☐ No      ☐ Yes,    Date: _____

**EIA/Western Blot HIV Antibody Test Result**    **HIV ID#** _____    Results Recorded: _____

_____ Non-Reactive (Negative)         _____ Reactive (Positive)        _____ Inconslusive

**Meaning of HIV Test Result**

A negative result on the HIV antibody test most likely means that you are not infected with HIV, but it may not show a recent infection. If you think you may have been exposed to HIV, you should take the test again 3 months after the last possible exposure. Individuals who are HIV-1 and/or HIV-2 infected and are currently receiving anti-viral medications to treat HIV infection - in particular highly active antiretroviral therapy (HAART) - may produce a negative result due to these medications while in fact they are HIV positive.

A reactive (preliminary positive) test result suggests that antibodies to HIV may be present in the blood. A specimen will have to be sent to a reference laboratory for further testing before confirming HIV infection.

A reactive (positive) test result from a Confirmatory HIV Antibody Test suggests that there is HIV antibody present in the blood.

An invalid test result can be due to a problem running the test or an interfering substance in the specimen. A blood specimen using other testing technology will be submitted to a reference laboratory for analysis. You will have to return to the clinic to receive your test results.

An inconclusive test result means that the HIV Antibody tests could not be interpreted, and HIV status cannot be determined from the sample provided. It is important to get a follow up test in 6 weeks.

Staff Signature: _____

Staff Title: _Public Health Advisor_

Any alterations to this document renders it invalid.

STD 91B (Rev. 5/05)

**Patient/Health Provider Copy**

KIRSTEN E. GILLIBRAND
NEW YORK
SENATOR

SUITE 2601
780 THIRD AVENUE
NEW YORK, NY 10017
212–688–6262

COMMITTEES:
ENVIRONMENT AND PUBLIC WORKS
FOREIGN RELATIONS
AGRICULTURE
SPECIAL COMMITTEE ON AGING

# United States Senate

WASHINGTON, DC 20510–3205

September 23, 2010

Mr. Sean Shallow
9652 North 31st Avenue, # G2
Phoenix, Arizona 85051

Dear Mr. Shallow,

I have received your recent request for assistance in a matter of concern to you. Although I would very much like to help, the matter you discuss involves another state.

In keeping with long-standing tradition, Congressional courtesy requires that each member of Congress be given the opportunity to directly serve the constituents that he or she represents. Therefore, I am returning your correspondence to you with this letter.

I understand the importance that this matter has for you. Should you wish to contact the members of the United States Senate who represent your state, I am including the following information:

Jon Kyl
United States Senate
730 Hart Senate Office Building
Washington, D.C. 20510
(202) 224-4521

John McCain
United States Senate
241 Russell Senate Office Building
Washington, D.C. 20510
(202) 224-2235

It is my hope that your matter can be resolved to your satisfaction as soon as possible.

Sincerely,

*Kirsten E. Gillibrand*

Kirsten E. Gillibrand
United States Senator

Enclosure
KEG/lht_afh



**DEPARTMENT OF HEALTH & HUMAN SERVICES**

Voice - (212) 264-3313, (800) 368-1019
TDD - (212) 264-2355, (800) 537-7697
(FAX) - (212) 264-3039
http://www.hhs.gov/ocr/

**OFFICE OF THE SECRETARY**

**Office for Civil Rights, Region II**
**Jacob Javits Federal Building**
**26 Federal Plaza, Suite 3312**
**New York, NY 10278**

August 31, 2009

Mr. Sean Shallow
482 Gates Avenue
Apartment 1A
Brooklyn, NY 11216

Our Transaction number: 09-102188

Dear Mr. Shallow:

Thank you for your correspondence received on August 31, 2009 by the Department of Health and Human Services, Office for Civil Rights (OCR).

OCR is responsible for enforcing a variety of Federal civil rights laws that prohibit discrimination and for protection of the privacy of medical records. Specifically, OCR has jurisdiction over programs and entities that receive Federal financial assistance from HHS in cases involving discrimination based on race, color, national origin, age, disability and under certain circumstances, sex and religion. Additionally, OCR has jurisdiction over health and human service programs operated by HHS or by state and local public entities in cases involving disability-based discrimination. OCR also has jurisdiction over health plans, health clearinghouses and certain health care providers with respect to enforcement of the Federal standards for privacy of individually identifiable health information (Athe Privacy Rule,@ 45 C.F.R. Part 160 and 164, Subparts A and E).

We are in the process of reviewing your correspondence to decide whether OCR has authority and is able to take action with respect to the matters you have raised. We will complete our initial review as quickly as possible.

However, in order to proceed with your complaint a signed consent form is required by you. Therefore, we have enclosed a consent form for you to sign and return to our office **within twenty (20) days** upon receipt of this letter. Please return the form by doing one of following: 1) mail it to the address provided above or 2) fax it to (212) 264-3039 or 3) e-mail it to reg2.ocrmail@hhs.gov. If you have any questions, please contact us at (212) 264-3313.

Under the Freedom of Information Act, we may be required to release this letter and other information about this case upon request by the public. In the event OCR receives such a request, we will make every effort, as permitted by law, to protect information that identifies individuals or that, if released, could constitute a clearly unwarranted invasion of personal privacy.

Sincerely,

*Ms. Taveras, for*

Michael R. Carter
Regional Manager

Enclosure(s):    Consent Form Packet



**U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES**
OFFICE FOR CIVIL RIGHTS, REGION II
26 FEDERAL PLAZA - ROOM 3312
NEW YORK, NEW YORK 10278

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE, $300

UNITED STATES POSTAGE
PITNEY BOWES
$ 00.440
02 1M
000 4225963   AUG 31 2010
MAILED FROM ZIP CODE 10278

Mr. Sean Shallow
9652 North 31st Avenue, Apt. G2
Phoenix, Arizona 85051

85051-2801

ERVICES

**U.S. DEPAR...**
OFFICE FOR CI...
26 FEDERAL PLAZA - RooM 3312
NEW YORK, NEW YORK 10278

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE, $300

UNITED STATES POSTAGE
PITNEY BOWES
$ 00.440
02 1M
000 4225963   AUG 23 2010
MAILED FROM ZIP CODE 10278

Ms. Sean Shallow
9652 N. 31st Avenue, Apt. #
9-2
Phoenix, AZ 85051

85051-2831

115

115



**DEPARTMENT OF HEALTH & HUMAN SERVICES**

Voice - (212) 264-3313, (800) 368-1019
TDD - (212) 264-2355, (800) 537-7697
(FAX) - (212) 264-3039
http://www.hhs.gov/ocr/

**OFFICE OF THE SECRETARY**

**Office for Civil Rights, Region II**
**Jacobe Javits Federal Building**
**26 Federal Plaza, Suite 3312**
**New York, NY 10278**

JUN - 4 2010

Mr. Sean Shallow
9652 North 31st Avenue
Phoenix, Arizona 85051

Our reference number: 09-102188 & 10-112159

Dear Mr. Shallow:

Thank you for your complaint, which was received by the U.S. Department of Health and Human Services (HHS), Office for Civil Rights (OCR), on August 31, 2009. In your complaint, you allege a violation of the Federal Standards for Privacy of Individually Identifiable Health Information (45 C.F.R. Parts 160 and 164, Subparts A, C and E, of the Privacy and Security Rules). Specifically, you allege that both Dr. Gil Weitzman (the Doctor) and Sunrise Medical Laboratories (Sunrise) disclosed your medical information to your former employer Enzo Clinical Laboratory (Enzo) without your consent.

OCR enforces civil rights laws which prohibit discrimination in the delivery of health and human services because of race, color, national origin, disability and age. OCR also enforces the Privacy and Security Rules.

After careful consideration, OCR has determined that it will pursue action against the Doctor and Sunrise with respect to the impermissible disclosure of your medical information without your consent.

If you have any questions about this letter or the investigation process please contact Frank J. Musumici, the investigator assigned to your complaint, at (212) 264-4995 or (800) 368-1019.

Sincerely,

Michael R. Carter
Regional Manager



**DEPARTMENT OF HEALTH & HUMAN SERVICES**

Voice - (212) 264-3313, (800) 368-1019
TDD - (212) 264-2355, (800) 537-7697
(FAX) - (212) 264-3039
http://www.hhs.gov/ocr/

**AUG 3 1 2010**

**OFFICE OF THE SECRETARY**

**Office for Civil Rights, Region II**
**Jacob Javits Federal Building**
**26 Federal Plaza, Suite 3312**
**New York, NY 10278**

Mr. Sean Shallow
9652 North 31st Avenue
Apartment G2
Phoenix, Arizona 85051

Gil Weitzman, M.D.
72nd Street Medical Associates
310 East 72nd Street
C-Level
New York, New York 10021

Our reference number: 09-102188

Dear Mr. Shallow & Dr. Weitzman:

On August 31, 2009, the U.S. Department of Health and Human Services (HHS), Office for Civil Rights (OCR), received a complaint from Mr. Sean Shallow (the complainant) alleging a violation of the Federal Standards for Privacy of Individually Identifiable Health Information (45 C.F.R. Parts 160 and 164, Subparts A, C and E, of the Privacy and Security Rules). Specifically, the complainant alleged that Dr. Gil Weitzman (the covered entity) disclosed his medical information to his former employer Enzo Clinical Laboratory (Enzo) without his consent. This allegation could reflect violations of 45 C.F.R. §164.502(a), §164.530(c)(1)(2)(i), §164.508(c), §164.512 and §164.514(d)(1),(3).

OCR enforces the Privacy and Security Rules, and also enforces Federal civil rights laws which prohibit discrimination in the delivery of health and human services because of race, color, national origin, disability, age, and under certain circumstances, sex and religion.

On June 4, 2010, OCR notified the covered entity of the complaint.

We have reviewed the matter raised in the complaint. We have spoken with and received written correspondence from both the complainant and the covered entity.

OCR's investigation revealed that the complainant was an employee of the covered entity prior to the filing of this complaint. During the complainant's employ at the CE, specific medical tests were conducted. OCR learned that subsequent to his employment at the CE, the complainant was employed at Enzo. OCR was informed by the complainant that during the time he was employed by Enzo, the CE disclosed his medical information to supervisors and a co-worker at Enzo. The complainant stated that the medical information that was allegedly disclosed was the results of a blood test he took while employed at the CE.

Page 2- Mr. Sean Shallow & Dr. Gil Weitzman

The CE informed OCR that it did not disclose the complainant's medical information to anyone at Enzo and asserted that he does not conduct business with Enzo and/or have contact with any of their staff. OCR conducted interviews with Enzo staff identified by the complainant as having information regarding this matter to determine whether there was a disclosure of the complainant's medical information by the CE. Enzo staff interviewed denied having any knowledge of the complainant's medical information.

Accordingly, based on our review of the facts and circumstances of this matter, we have determined that there is insufficient evidence to substantiate the claim that the covered entity violated the Privacy Rule. Therefore, OCR is closing this matter.

Additionally, the covered entity provided OCR with copies of its policies and procedures on uses and disclosures and safeguards of protected health information.

OCR's determination as stated in this letter applies only to the allegations in this complaint that were reviewed by OCR.

Under the Freedom of Information Act, we may be required to release this letter and other information about this case upon request by the public. In the event OCR receives such a request, we will make every effort, as permitted by law, to protect information that identifies individuals or that, if released, could constitute a clearly unwarranted invasion of personal privacy.

If you have any questions, please contact Frank J. Musumici, Investigator, at (212) 264-4995.

Sincerely,

Michael R. Carter
Regional Manager

