

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

# MEMORANDUM
## Pro Se Office

To: Docketing Unit

From: _____, Pro Se Office, x0177

Date memorandum prepared: SEP 19 2011

Notice received by Pro Se Office on: SEP 19 2011

Docket #: 11CV6028 Civ. ( )
Docket #: Civ. ( )
Docket #: Civ. ( )
Docket #: Civ. ( )
Docket #: Civ. ( )
Docket #: Civ. ( )

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 9/19/11

## Change of address

---

**PLEASE NOTE THE FOLLOWING CHANGE OF ADDRESS ON THE COURT'S DOCKET**

Name: SEAN SHALLOW    SEAN SHALLOW

ID #:

Facility:

Street address: PO BOX 8191

City: NORTH BERGEN

State: NJ

Zip: 07047